**1226**

Irwin W. ANDERSON et al.

v.

TOWN OF EAST GREENWICH et al.

No. 82–80–A.

Supreme Court of Rhode Island.

Jan. 20, 1983.

Tillinghast, Collins & Graham, Vivian Tseng, Providence, for plaintiffs.

Hinckley & Allen, James P. Marusak, Providence, for defendants.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied. Defendant's motion for expedited hearing is granted and this case is hereby assigned to the March 1983 calendar for oral argument.

Louise HYNES et al.

v.

Alfred ROCHFORD et al.

No. 81–438–A.

Supreme Court of Rhode Island.

Jan. 20, 1983.

John J. Kelly, Providence, for plaintiffs.

Higgins, Cavanagh & Cooney, Gerald C. DeMaria, Providence, for defendants.

ORDER

The defendants' motion to default plaintiff as prayed is denied.

In re RHODE ISLAND RAPE CRISIS CENTER, INC., Peggy Langhammer, Executive Director.

No. 83–19–C.A.

Supreme Court of Rhode Island.

Jan. 20, 1983.

Janis Sallinger, Providence, for petitioner.

ORDER

The petitioner's motion for stay of the Superior Court's contempt order pending appeal is hereby denied as moot.

Maurice A. LUNDY

v.

The DIRECTOR OF THE DEPARTMENT OF BUSINESS REGULATION et al.

No. 82–512–M.P.

Supreme Court of Rhode Island.

Jan. 20, 1983.

DiSandro-Smith & Associates, P.C., Inc., Z. Hershel Smith, Providence, for petitioner.

Lawrence M. Iacoi, Chief Legal Counsel, Department of Business Regulation, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.